IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 0 9 2005
J. T. NOBLIN, CLERK
BY_____ DEPUTY

S. CRAIG WEINRICH                                                                                    PLAINTIFF

vs.                                                                        CAUSE NO. 3:03CV725WS

LEVI STRAUSS & CO.                                                                              DEFENDANT

## ORDER ALLOWING WITHDRAWAL OF COUNSEL

THIS CAUSE having come on for hearing on the *ore tenus* Motion of Plaintiff allowing Louis H. Watson, Jr., Robert Nicholas Norris, and the law firm of Louis H. Watson, Jr., P.A., to withdraw as counsel for Plaintiff S. Craig Weinrich, and for the Court to allow Plaintiff S. Craig Weinrich until December 15, 2005, to retain other counsel or to proceed *pro se* with this matter. The Court having considered same finds that the Motion is well taken and should therefore be GRANTED.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Louis H. Watson, Jr., Robert Nicholas Norris, and the law firm of Louis H. Watson, Jr., P.A., be allowed to withdraw as counsel for Plaintiff S. Craig Weinrich.

IT IS FURTHER ORDERED that Louis H. Watson, Jr., Robert Nicholas Norris, and the law firm of Louis H. Watson, Jr., P.A. have no further duties or responsibility in connection with this civil action on behalf of the Plaintiff and that Plaintiff S. Craig Weinrich

be given until December 15, 2005, to retain other counsel or to notify the Court that he intends to proceed *pro se* with this matter.

SO ORDERED, this the 9th day of December, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

Louis H. Watson, Jr., Esq., MB No. 9053
LOUIS H. WATSON, JR., P.A.
520 E. Capitol Street
Jackson, MS 39201-2703
Phone: 601-968-0000
Fax: 601-968-0010

APPROVED BY:

_____
S. CRAIG WEINRICH
Plaintiff

be given until December 15, 2005, to retain other counsel or to notify the Court that he intends to proceed *pro se* with this matter.

SO ORDERED, this the _____ day of _____, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

Louis H. Watson, Jr., Esq., MB No. 9053
LOUIS H. WATSON, JR., P.A.
520 E. Capitol Street
Jackson, MS 39201-2703
Phone: 601-968-0000
Fax: 601-968-0010

APPROVED BY:

_____
S. CRAIG WEINRICH
Plaintiff